⚫AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

JAN MCDONALD,

    Plaintiff

V.

ZALE DELAWARE, INC;
ROBERT TOWNSEND, as its
Registered Agent,

    Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-CV-910-MHT

TO: (Name and address of Defendant)

Zale Delaware, Inc.
c/o Robert Townsend, Registered Agent
1021 Eastdale Mall
Montgomery, AL 36117

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAN MCDONALD, PRO SE
8203 FAIRHAVE LANE
MONTGOMERY, AL  36117

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                      10-12-07

CLERK                                            DATE

(By) DEPUTY CLERK