IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAN MCDONALD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv910-MHT |
| ) | |
| ZALE DELAWARE, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

For good cause shown, it is ORDERED that, pursuant to 28 U.S.C.A. § 636, this case is referred to the United States Magistrate Judge for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE, this the 23rd day of October, 2007.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE