AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_MIDDLE_ District of _ALABAMA_

JAN MCDONALD,

*Alias*

## SUMMONS IN A CIVIL ACTION

V.

ZALE DELAWARE, INC., ET AL.

CASE NUMBER: 2:07cv910

TO: (Name and address of Defendant)

Zale Corporation
Dallas Executive Office
Attn: Legal Department
901 W Walnut Hill Lane
P. O. Box 152777
Irvin, TX 75038

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAN MCDONALD, PRO SE
8203 FAIRHAVEN LANE
MONTGOMERY, ALABAMA 36117

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_   10-25-07

CLERK   DATE

(By) DEPUTY CLERK