| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Jimmy Hayden_   ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>L. Hayden, Jr.   10/29 |
| 1. Article Addressed to:<br>Zale Corporation<br>Dallas Executive Office<br>ATTN: LEGAL DEPARTMENT<br>901 W Walnut Hill Lane<br>P. O. Box 152777<br>Irvin, Texas 75038-1003 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>2:07CV910<br>alias Sum & Cmp |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7000 0600 0027 1066 7118 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540