IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAN McDONALD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | 2:07-cv-910-MHT |
| ) | |
| ZALE DELAWARE, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION TO DISMISS

COMES NOW, Zale Delaware, Inc., Defendant in the above-styled action, pursuant to Federal Rule of Civil Procedure 12(b)(6), and moves to dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted. As grounds for dismissal, Defendant shows as follows:

1. On October 25, 2007, this Court entered an Order identifying several "fatal defects" in Plaintiff's Complaint. Specifically, this Court noted that Plaintiff's Complaint asserts a Section 1983 claim against Defendant, a private entity, without pleading the requisite state action necessary to maintain such a claim. The Court also noted that the Complaint asserts a claim under Title VII without pleading the satisfaction of the administrative prerequisites to maintain such a claim.

2. Rather than dismiss the Complaint, this Court allowed Plaintiff until November 15, 2007 to amend her Complaint. As of the date of this Motion, Plaintiff has not amended her Complaint to cure these "fatal defects."

3.      Based upon the "fatal defects" identified in this Court's October 25th Order and Plaintiff's failure to cure these defects by the November 15th deadline, Plaintiff's Complaint is due to be dismissed.

WHEREFORE, PREMISES CONSIDERED, Defendant prays this court to dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted.

Respectfully Submitted,

s/Albert L. Vreeland, II
Albert L. Vreeland, II ASB-0066-V78A
avreeland@lehrmiddlebrooks.com

Lehr Middlebrooks & Vreeland, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002
(205) 326-3008 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2007, I mailed by United States Postal Service the document to the following non-CM/ECF participants:

Ms. Jan McDonald
8203 Fairhaven Lane
Montgomery, AL  36117

Respectfully submitted,

s/Albert L. Vreeland, II
Albert L. Vreeland, II ASB-0066-V78A
Lehr Middlebrooks & Vreeland, P.C.
P.O. Box 11945
Birmingham, AL 35202-1945
Phone:  (205) 326-3002
Fax:  (205) 326-3008
E-mail: avreeland@lehrmiddlebrooks.com
Bar No.: ASB-0066-V78A

190608.doc