**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **JAN McDONALD,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CIVIL ACTION NUMBER:** |
| v. ) | **2:07-cv-910-MHT** |
| ) | |
| **ZALE DELAWARE, INC.,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Zale Delaware, Inc., Defendant in the above-styled action, pursuant to Federal Rule of Civil Procedure 7.1, and states as follows:

Zale Corporation is the parent of Zale Delaware, Inc., and no other publicly held corporation owns 10% or more of its stock.

    Respectfully Submitted,

    s/Albert L. Vreeland, II
    Albert L. Vreeland, II ASB-0066-V78A
    avreeland@lehrmiddlebrooks.com

Lehr Middlebrooks & Vreeland, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002
(205) 326-3008 (Fax)

## CERTIFICATE OF SERVICE

     I hereby certify that on November 19, 2007, I mailed by United States Postal Service the document to the following non-CM/ECF participants:

        Ms. Jan McDonald
        8203 Fairhaven Lane
        Montgomery, AL  36117

                Respectfully submitted,

                <u>s/Albert L. Vreeland, II</u>
                Albert L. Vreeland, II ASB-0066-V78A
                Lehr Middlebrooks & Vreeland, P.C.
                P.O. Box 11945
                Birmingham, AL 35202-1945
                Phone:  (205) 326-3002
                Fax:  (205) 326-3008
                E-mail: avreeland@lehrmiddlebrooks.com
                Bar No.: ASB-0066-V78A

190697.doc