IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAN McDONALD, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 2:07cv910-MHT |
| ZALE DELAWARE, INC., | ) |
| Defendant. | ) |

## AMENDED COMPLAINT

Comes now Jan McDonald, Plaintiff, in this action, and respectfully requests that she be allowed to amend her Complaint (Doc. #1) by filing the following amendment as this Amended Complaint .

1. Except for the following amendments submitted in this Amended Complaint, the Plaintiff adopts, by reference, the facts and assertions set forth in the initial complaint.

2. The Plaintiff has satisfied the exhaustion requirements of 42 U.S.C.§ 2000e.

3. Prior to the filing of this cause of action, the Plaintiff sought to resolve the matter by filing a claim of discrimination charge with the U.S. Equal Employment Opportunity Commission ((hereinafter EEOC). Charge No. 420-2006-04020 dated July 25, 2006. The charge alleges racial, sexual, and national origin discriminatory treatment, which eventually led to discharge.

4. The Plaintiff filed her charge within 180 days of the date in which she was unlawfully discriminated and retaliated against.

5. On July 10, 2007, the EEOC issued its finding of no discriminatory action on behalf of the Defendant.

6. The Plaintiff filed this action in this Court on October 9, 2007.

7.  Therefore, the Plaintiff has met all prerequisites for bringing this action, I including the filing of this lawsuit within 90 days of each EEOC's "Notice of Suit Rights."

8.  Submitted contemporaneously with this Amended Complaint, the Plaintiff submits the following documents, labeled as follows:

Exhibit A:   EEOC's Dismissal and Notice of Rights and Notice of Suit Rights

Exhibit B:   Charge of Discrimination

Respectfully submitted

_____
Jan McDonald, Pro Se
Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have this 15th day of Dec 2007, filed a copy of This document on the following person by placing the same in the U.S. Mail, postage prepaid, and addressed as follows:

Albert L. Vreeland, II
P.O. Box 11945
Birmingham, AL 35202-1945
avreeland@lehrmiddlebrooks.com

_____
Jan McDonald

ADDRESS
8203 Fairhaven Lane
Montgomery, AL 36117
janrmcdonald@yahoo.com
(334) 467-7140

2

# DISMISSAL AND NOTICE OF RIGHTS

To: Jan Ray McDonald
8203 Fairhaven Lane
Montgomery, Alabama 36117

From: Birmingham District Office
1130 22nd Street, South
Birmingham, Alabama 35205



[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420 2006 04020 | Glenda M. Matthews, Investigator | (205) 212-2138 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statues.

[ ] We cannot investigate your charge because it was not filed within the time limit required by law.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You had 30 days to accept a reasonable settlement offer that afford full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)* _____

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** from your receipt of this Notice; otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_Delner Franklin-Thomas_, District Director

1 0 JUL 2007

*(Date Mailed)*

Enclosure(s)

cc:
Theron Stokes
Alabama Education Association
422 Dexter Avenue
Montgomery, Alabama 36103-4177

Jane Perelman and Sheri Mizell
Zale Corporation
P. O. Box 152777
Irving, Texas 75015-2777

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>420-2006-04020 |
|---|---|---|
| | | and EEOC |
| | State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.)<br>Ms. Jan Ray McDonald | Home Phone (Incl. Area Code)<br>(334) 356-5183 | Date of Birth<br>04-30-1969 |
|---|---|---|
| Street Address<br>8203 Fairhaven Lane, Montgomery, AL 36117 | City, State and ZIP Code | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>ZALE DELAWARE CORP. | No. Employees, Members<br>500 or More | Phone No. (Include Area Code)<br>(972) 580-4000 |
|---|---|---|
| Street Address<br>901 W. Walnut Hill Lane, Irving, TX 75038 | City, State and ZIP Code | |

| Name | No. Employees | Phone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and ZIP Code | |

**PLAINTIFF'S EXHIBIT 2**

| DISCRIMINATION BASED ON (Check appropriate box(es).)<br>☒ RACE　☐ COLOR　☒ SEX　☐ RELIGION　☒ NATIONAL ORIGIN<br>☐ RETALIATION　☐ AGE　☐ DISABILITY　☐ OTHER (Specify below.) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest　　　Latest<br>06-16-2006　　06-16-2006<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by the above employer in October 1998 as a Sales Associates. I progressed through the system to the position of Store Manager. In early June 2006, a store audit was done and I was placed on suspension and later terminated. I had not received any disciplinary actions for performance and was receiving monthly reviews from my general manager. I received satisfactory annual reviews and annual pay increases. I had no problems with inventories or audits. On June 16, 2006, I was discharged by the employer. I was replaced by a Filipino who was a manager at another store that closed. She had been demoted for inventory shortages and was re-promoted to manager after a period of time. I was one of only two Black managers employed with the company in the state. A White male manager was involved in a loss prevention problem at the largest store in the state. He was demoted to a sales associate at that store and is presently a sales associate for a sister store for the employer with the opportunity to obtain re-promotion to a manager at a new store being built by the employer.

No reason was offered for the discharge.

I believe I was discriminated against because of my race, Black, sex, female and my national origin, USA, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>Jul 25, 2006　　_Jan Ray McDonald_<br>Date　　　　　　Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |