IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAN McDONALD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:07cv910-MHT |
| | ) |
| ZALE DELAWARE, INC., | ) |
| | ) |
| Defendant. | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Jan McDonald, Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and manager, trustees, affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047: **This party is an individual.** And there are no entities to be reported.

November 28, 2007.

Respectfully submitted

_____
Jan McDonald, Pro Se, Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 30th day of November 2007, filed a copy of
This document with the Clerk of the Court, who will perfect service upon the parties using the CM/ECF SYSTEM.
Albert L. Vreeland, II, P.O. Box 11945, Birmingham, AL 35202-1945,
avreeland@lehrmiddlebrooks.com

_____
Jan McDonald

ADDRESS
8203 Fairhaven Lane
Montgomery, AL 36117
janrmcdonald@yahoo.com
(334) 467-7140