IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAN McDONALD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07cv910-MHT |
| | ) | |
| ZALE DELAWARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The Magistrate Judge filed a Recommendation (Doc. # 9) and amended recommendation (Doc. #13) in this case, to which no timely objections have been filed as to the amended recommendation. After a review of the Recommendations, and after an independent and de novo review of the entire record, the Court believes that the Recommendation (Doc. # 9), as amended (Doc. #13), should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. # 9), as amended (Doc. #13), is ADOPTED. It is further

ORDERED that Defendant's Motion to Dismiss (Doc. # 7) is GRANTED IN PART, as to Plaintiff's § 1983 claims, and DENIED IN PART, as to Plaintiff's Title VII claims. It is further

ORDERED that this action is referred back to the Magistrate Judge for further proceedings.

DONE, this the 19th day of December, 2007.

                                                /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE