**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **JAN McDONALD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NUMBER:** |
| **v.** | ) | **2:07-cv-910-MHT** |
| | ) | |
| **ZALE DELAWARE, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPEARANCE

COMES NOW Whitney R. Brown of the law firm of Lehr Middlebrooks & Vreeland, P.C. and enters her appearance as additional counsel for Zale Corporation in the above-styled action.

Respectfully Submitted,


s/Whitney R. Brown
Albert L. Vreeland, II ASB-0066-V78A
Whitney R. Brown ASB-4431-H71B


OF COUNSEL:
LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama  35202-1945
Phone:  (205) 326-3002
Fax:  (205) 326-3008

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and I have mailed a copy of the foregoing by United States Mail, properly addressed and first class postage prepaid to the following non-CM/ECF participant:

Ms. Jan McDonald
8203 Fairhaven Lane
Montgomery, AL  36117


S/Whitney R. Brown
OF COUNSEL

194431.doc