IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAN McDONALD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv910-MHT |
| | ) |
| ZALE DELAWARE, INC., | ) |
| | ) |
| Defendant. | ) |

# **ORDER**

It is

ORDERED that the scheduling conference currently set in this case for 15 February 2008, **is now moved to 11 February 2008 at 10:00 a.m.,** in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge. All previous deadlines are still in effect.

DONE this 25th day of January 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE