**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **JAN McDONALD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NUMBER:** |
| **v.** | ) | **2:07-cv-910-MHT** |
| | ) | |
| **ZALE DELAWARE, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**Notice Concerning Settlement Conference and Mediation**

COMES NOW Zale Delaware, Inc., Defendant in the above-styled action, and submits this report in compliance with section 3 of the Uniform Scheduling Order.

On August 8, 2008, counsel for Defendant and the *pro se* Plaintiff met in a face-to-face meeting to discuss whether the case could be resolved without further discovery proceedings.   The parties exchanged settlement offers but were unsuccessful in reaching a resolution.  After the parties conduct additional discovery, they will evaluate again whether additional efforts (including the voluntary mediation program described in the Court's Uniform Scheduling Order) would further assist the parties in resolving this matter.  The parties made a good faith effort to evaluate the resolution of this case.

Respectfully Submitted,

  s/Albert L. Vreeland
Albert L. Vreeland, II ASB-0066-V78A

  s/Whitney R. Brown
Whitney R. Brown ASB-4431-H71B

OF COUNSEL:
LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the following counsel of record by placing same in the United States Mail, properly addressed and first class postage prepaid:

Ms. Jan McDonald
8203 Fairhaven Lane
Montgomery, AL 36117

This the ___15th___ day of _____August_____, 2008.

___s/Whitney R. Brown_____
OF COUNSEL

210476.doc