IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAN McDONALD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | 2:07-cv-910-MHT |
| ) | |
| ZALE DELAWARE, INC., ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ENLARGEMENT OF TIME

COMES NOW, Defendant, Zale Delaware, Inc., and moves this court to enlarge the deadline for filing dispositive motions by twenty-one (21) days.  In support of this enlargement, Defendant shows as follows:

1. This Court's Uniform Scheduling Order [doc. 21] sets September 5, 2008 as the deadline for filing dispositive motions.

2. At the Court-required face-to-face settlement conference on August 8, 2008, Plaintiff – who has been proceeding pro se – indicated that she was in the process of retaining counsel to represent her in her upcoming deposition.

3. Based upon Plaintiff's representation, Defendant delayed the Plaintiff's deposition until she provided the name of the attorney who would represent her. Plaintiff later provided the name of the attorney whom she retained, but no attorney has entered an appearance on her behalf.  Because the discovery and dispositive motion deadlines were drawing near, Defendant noticed the deposition of the Plaintiff for today, August 26, 2008.

4. On the eve of her deposition, the attorney whom Plaintiff designated as her representative engaged in settlement negotiations with Defendant.  Based on those

negotiations, Defendant believed that the parties reached a resolution and therefore cancelled the Plaintiff's deposition.

5. Through her designated counsel, Plaintiff today has indicated that she has consulted with another attorney and does not agree to the settlement terms negotiated the previous day.

6. Today, Defendant is issuing a Notice of the Plaintiff's deposition for next Wednesday, September 3, 2008.

7. Because of the delay caused by the aborted settlement, Defendant will need additional time to depose Plaintiff, receive and review the transcript, as well as prepare an appropriate dispositive motion.

WHEREFORE, PREMISES CONSIDERED, Defendant prays this court to enlarge the dispositive motion deadline by twenty-one (21) days.

Respectfully Submitted,

s/Albert L. Vreeland, II
Albert L. Vreeland, II ASB-0066-V78A

s/Whitney R. Brown
Whitney R. Brown ASB-4431-H71B

OF COUNSEL:
LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002

## CERTIFICATE OF SERVICE

  I hereby certify that on August 26, 2008, I electronically filed the foregoing with the Clerk of the Court; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    Ms. Jan McDonald
    8203 Fairhaven Lane
    Montgomery, AL  36117

    Respectfully submitted,

    s/ Whitney R. Brown
    Whitney R. Brown ASB-4431-H71B
    OF COUNSEL

211712.doc