IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAN McDONALD,                          )
                                       )
            Plaintiff,                 )
                                       )
v.                                     )        CIVIL ACTION NO. 2:07cv910-MHT
                                       )
ZALE DELAWARE, INC.,                   )
                                       )
            Defendant.                 )

## ORDER ON MOTION

Pending before this Court is Defendant's Motion for Enlargement of Time (Doc. #24). Specifically, Defendant seeks an additional twenty-one days in which to file dispositive motions. Dispositive motions are currently due on or before 5 September 2008 and trial is set for 1 December 2008 (Doc. #21). If the Court were to grant Defendant's motion, dispositive motions would be due 26 September 2008, any response would then be due 17 October 2008, and a reply would be due 24 October 2008. *See* Order of 20 February 2008 (Doc. #22) (Opponent to motion has twenty-one days in which to respond, and movant has seven days in which to file a reply.).

This would not leave the Court enough time to make a recommendation, allow a thirteenth day period for objections, and allow the District Court sufficient time in which to conduct a review of the case and rule on the recommendation. Accordingly, it is

ORDERED that the Motion (Doc. #24) is GRANTED in part and DENIED in part.

The parties shall have until **12 September 2008**, in which to file any dispositive motions.

DONE this 26th day of August, 2008.


/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE