IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAN McDONALD, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 2:07cv910-MHT |
| ) | (WO) |
| ZALE DELAWARE, INC., ) | |
| ) | |
|     Defendant. ) | |

### JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 26), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own attorneys' fees, costs, and expenses.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 9th day of October, 2008.

                         /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE